Benjamin Cooke, appellant, v. Louis Schneider et al., appellees. Gen. No. 33,055.

 Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929.

Ratner, Chapman & Ratner, for appellant; William E. Rafferty, of counsel. Pines, Morse & Stein, for appellees; Alvin E. Stein, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Benjamin Blumenthal, plaintiff in error, v. Barney Braverman, defendant in error. Gen. No. 32,918.

 Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929. Rehearing denied February 27, 1929.

Jacob Levy, for plaintiff in error; J. M. Gwin, of counsel. Hyland J. Paullin, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Jesse R. Hunter, appellant, v. Jennie M. Hunter, appellee. Gen. No. 32,921.

 Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929.

Rush B. Johnson, for appellant. Frank J. Madden, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Frona Lee, appellee, v. Abraham Hassen, appellant. Gen. No. 32,940.

 Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929.

Rudolph & Arthur E. Frankenstein, for appellant. Hugh R. Porter, for appellee; Harry F. Brewer, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.